11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT



In the interest of A.R., C.R., M.R.,
R.R., and J.R., children,

\* From the 91st District Court
   of Eastland County, Texas
   Trial Court No. CV-11-142403.

No. 11-16-00340-CV

\* January 6, 2017

\* Per Curiam Memorandum Opinion
   (Panel consists of: Wright, C.J.,
   Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.